United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

__10__ CV __1845__

1) indicated that this case is related to the following case(s):
    1:01-cv-01703-JG
    1:01-cv-01871-JG
    1:01-cv-05579-JG-LB
    1:10-cv-00555-JG-LB
    1:86-cv-01791-ERK-AXR
    1:88-cv-03376-ERK
    1:97-cv-01712-JG
    1:98-cv-07161-JG-RML
    1:99-cv-02306-JG
    1:08-cv-02142-JG-LB
    1:06-cv-04838-JG
2) the case was directly assigned to Judge _____ and Magistrate

Judge _____ as a Pro Se or Habeas case related to

____ CR/CV _____ .